B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court

__Northern__ District Of ____Illinois____

In re __Ronald and Charlene M. Kelly__          Case No. __10-28671__
         Debtor

                                                 Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.    In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299__ in installments.

2.    I am unable to pay the filing fee except in installments.

3.    Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.    I propose the following terms for the payment of the Filing Fee.*

$ __74.75__        Check one ☐  With the filing of the petition, or
                            ☑  On or before __7-28-10__

$ __74.75__        on or before __8-27-10__

$ __74.75__        on or before __9-26-10__

$ __74.75__        on or before __10-26-10__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 8 2010

KENNETH S. GARDNER, CLERK
**PS REP. - MBM**

*    The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.    I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

__N/A__
Signature of Attorney        Date

x __Ronald Kelly__          __6/28/10__
Signature of Debtor           Date
(In a joint case, both spouses must sign.)

__Charlene M. Kelly__       __6-28-2010__
Signature of Joint Debtor (if any)    Date

Name of Attorney

--------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

__Marilyn L. Boose__
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs the document.

__17445 W. Chestnut Ln__
__Gurnee, IL 60031__
Address

__20-8207343__
Social-Security No. (Required by 11 U.S.C. § 110.)

x __Marilyn L. Boose__
Signature of Bankruptcy Petition Preparer

__06/28/2010__
Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re Ronald and Charlene M. Kelly
               Debtor

Case No. 10-28671

Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one ☐ With the filing of the petition, or
                                   ☐ On before _____

$ _____  on or before _____  _____

$ _____  on or before _____  _____

$ _____  on or before _____  _____

☐ IT IS FURTHER ORDERED that until the fi... is paid in full the debtor(s) shall not make any additional payment or transfer any additional property t... ...rney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

_____
_United States Bankruptcy Judge_

Date: 6/28/10